# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Zambezia Film Pty Ltd.,

Plaintiff(s),

v.

Lynn A. McBroom,

Defendant(s).

Case No. 13 C 1742
Judge Edmond E. Chang

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)
and against defendant(s)
in the amount of $    ,

       which ☐ includes     pre–judgment interest.
               ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐     in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒     other: Judgment for Plaintiff and against Defendant McBroom in the following amounts: statutory damages of $750.00; attorney's fees of $2,500.00; and costs of $183.75.

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Edmond E. Chang on a motion for default judgment.

Date: 12/5/2013                                Thomas G. Bruton, Clerk of Court

                                                      \s\ Sandra Brooks, Deputy Clerk